# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff<br><br>　　Vs.<br><br>(26) JONATHAN O. ARCE-CARRILLO<br><br>　　Defendant | CRIM. NO. 19-121 (SCC) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**HEREIN** appears defendant **Jonathan O. Arce Carrillo** through his undersigned counsel and most respectfully prays and requests:

1. Defendant's counsel hereby informs the Court that he will be out of the jurisdiction from July 22, 2022 to August 6, 2022.

**WHEREFORE** it is respectfully requested from this Hon. Court that it be informed of the above.

**RESPECTFULLY SUBMITTED.**

I hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties involved.

In San Juan, Puerto Rico, this 13th day of July 2022.

*S/ Rafael F. Castro Lang*
**RAFAEL F. CASTRO LANG**
**USDC-PR#128505**
Attorney for Claimant
 P O Box 9023222
San Juan PR 00902-3222
Tel: (787) 723-3672 / (787) 723-1809
Fax: (787) 725-4133
Email: rafacastrolang@gmail.com;
rafacastrolanglaw@gmail.com